UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HUNTS POINT TERMINAL
PRODUCE COOPERATIVE
ASSOCIATION, INC.,

                Plaintiff(s),                            Index No.: 1:23-cv-07925-NSR

   -against-

TRAVELERS PROPERTY                            NOTICE OF VOLUNTARY
CASUALTY COMPANY OF                         DISMISSAL PURSUANT
AMERICA,                                                    TO F.R.C.P. 41(c)(2)

                Defendant(s).
------------------------------------------------------------x

      Pursuant to F.R.C.P. 41(a)(1)(A)(i), plaintiff, Hunts Point Terminal Produce Cooperative Association, Inc., by their counsel, hereby gives notice that the above captioned action is voluntarily dismissed in its entirety without prejudice.

Dated: New York, New York
        September 20, 2023

                                                      Yours etc.,

                                                      ABRAMS, GORELICK, FRIEDMAN &
                                                      JACOBSON, LLP
                                                      *Attorneys for Plaintiffs*
                                                      Hunts Point Terminal Produce Cooperative
                                                      Association, Inc.

                                                      By: _____
                                                          Thomas R. Maeglin
                                                     One Battery Park Plaza - 4th Floor
                                                     New York, NY  10004
                                                     (212) 422-1200
                                                     Our File No. 32727A